IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRITTANY O, as parent and     PLAINTIFF
next friend of L

v.     No. 4:14CV00135 JLH

BENTONVILLE SCHOOL DISTRICT, et al.     DEFENDANTS

### ORDER OF TRANSFER

Pursuant to the Opinion and Order entered separately today, the Clerk is directed to transfer this action to the Western District of Arkansas.

IT IS SO ORDERED this 22nd day of January, 2015.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE